IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE ROBINSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 19-cv-1306-SMY |
| DANIEL Q. SULLIVAN, | ) ) ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner Eddie Robinson filed a petition for writ of federal habeas corpus pursuant to 28 U.S.C. § 2254 seeking his immediate release. On September 26, 2023, the Court dismissed Robinson's petition with prejudice and entered judgment (Docs. 25, 26). Nine months later, Robinson filed several motions to reopen the habeas proceedings and to enter additional evidence (Docs. 27, 28, 29).

Robinson has already received a full round of collateral review. His motions to reopen the habeas petition are unauthorized successive petitions. *Lambert v. Davis*, 449 F.3d 774, 777 (7th Cir. 2006) (a district court *must* dismiss a second or successive petition ... unless the court of appeals has given approval for the filing). Accordingly, Robinson's motions (Docs. 27, 28, and 29) are **DENIED**.

**IT IS SO ORDERED.**

**DATED: February 18, 2025**

**STACI M. YANDLE**
**United States District Judge**